Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW FIRM
50 Airport Parkway
San Jose, CA  95110
(408)451-8499
Fax: (510)475-5531
Mobile: (408)835-2067
thomas@spielbauer.com

In Pro Per

# IN THE UNITED STATES COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THOMAS SPIELBAUER,<br><br>                    Plaintiff.<br><br>v.s.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>                    Defendants. | No.  04-cv-02260-RS<br><br>VOLUNTARY DISMISSAL |
|---|---|

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff voluntarily dismisses the above-captioned action against all defendants, without prejudice,  and specifically without prejudice to any other pending action.

Dated: November 11, 2004

                    s/ Thomas Spielbauer
                    Thomas Spielbauer
                    Attorney for Plaintiffs